UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDGAR LEONEL CORONADO HERNANDEZ,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.
_______________________________________/

Case No. 2:26-cv-12584

Honorable Susan K. DeClercq
United States District Judge

**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF'S PETITION (ECF No. 1) FOR FAILURE TO PROSECUTE**

On July 28, 2026, Plaintiff Edgar Leonel Cornado Hernandez, proceeding *pro se*, petitioned for a writ of habeas corpus. ECF No. 1. Hernandez alleges that he was improperly taken into Immigrations and Customs Enforcement custody and seeks immediate release. *Id.* at PageID.1–3.

Hernandez did not file the requisite filing fee, nor did he file an application to proceed *in forma pauperis* (IFP). *See* ECF No. 3. On July 28, 2026, the Court issued an order directing Hernandez to either pay the filing fee or file an application to proceed IFP. *Id.* The order further provided that if Hernandez did not submit the fee or file an IFP application within 14 days, his case could be dismissed. *Id.*

As of August 25, 2026, Hernandez has failed to correct this deficiency. The time for doing so has now lapsed. Thus, Hernandez's failure to either file an IFP application or pay the required filing fee warrants dismissal under Civil Rule 41(b) for failure to prosecute. *See* FED. R. CIV. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) (Rule 41(b) "recognizes the power of the district court to enter a *sua sponte* order of dismissal.").

Accordingly, it is **ORDERED** that Plaintiff's Petition, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: August 28, 2026